```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03234-JJT
Calvin P. Bell                                                  Chapter 7
Cecelia D. Bell
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Oct 07, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2016.
db/jdb         +Calvin P. Bell,   Cecelia D. Bell,   33 West Hartford Street,   Ashley, PA 18706-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor Calvin P. Bell KMWesq@aol.com,    law297@aol.com
              Kevin M Walsh    on behalf of Joint Debtor Cecelia D. Bell KMWesq@aol.com,    law297@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CALVIN P. BELL and : CHAPTER 13 BANKRUPTCY
       CECELIA D. BELL, :
                          :
              Debtors : CASE NO. 5-15-03234

## ORDER
## GRANTING DEBTORS' MOTION
## TO CONVERT TO CHAPTER 7

Upon and after due consideration of the Motion to Convert to Chapter 7, it is hereby granted that Debtors' Chapter 13 Bankruptcy be converted to a case under Chapter 7.

Dated: October 6, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Case 5:15-bk-03234-JJT   Doc 36   Filed 10/09/16   Entered 10/10/16 00:44:42   Desc
Imaged Certificate of Notice   Page 2 of 2